**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON SEMI EQUIPMENT LLC,<br><br>                              Plaintiff,<br><br>          -against-<br><br>TERADYNE, INC.<br><br>                              Defendant. | Civil Action No. 13-cv-11216 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties in the above-entitled-action, by their attorneys, and hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) the action is dismissed with prejudice, with each side to bear its own attorney's fees and costs.

Dated: Boston, Massachusetts

October 22, 2013

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/  Jeffrey R. Coleman
        Jeffrey R. Coleman (NYS Bar # 2064996)
        Ethan E. Litwin (NYS Bar # 2979094)
        Morgan J. Feder (NYS Bar # 4829834)
        Karen Goldberg (NYS Bar # 4900601)

        One Battery Park Plaza
        New York, New York 10004
        Tel: (212) 837-6000
        Coleman@hugheshubbard.com
        Litwin@hugheshubbard.com
        Feder@hugheshubbard.com
        Goldberk@hugheshubbard.com

REED & GIORDANO, P.A.

By: /s/  Philip M. Giordano
      Philip M. Giordano (BBO# 193530)

      Giordano & Company, P.C.
      REED & GIORDANO, P.A.

      101 Tremont Street, Suite 900
      Boston, Massachusetts 02108-5005
      Tel: (617) 723-7755
      Pgiordano@reedgiordano.com

*Attorneys for Plaintiff Boston Semi Equipment LLC*


ROPES & GRAY LLP

By: /s/  Jane Willis

      Jane Willis (BBO# 568024)

      Prudential Tower
      800 Boylston Street
      Boston, Massachusetts 02199
      Tel: (617) 951-7000
      Jane.Willis@ropesgray.com

*Attorneys for Defendant Teradyne, Inc.*